STATE OF NEW JERSEY v. JOSEPH JOHN TORRE.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY FREDERICKS.

July 14, 1982.

Petition for certification denied.

CHARLES A. MESSINEO v. BOARD OF ADJUSTMENT OF THE BOROUGH OF SADDLE RIVER.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD LEO JOHNSON.

July 14, 1982.

Petition for certification denied.